UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ENRIQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-00767 SKO (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>(Doc. 10) |

    Plaintiff David Enriquez is a state prisoner represented by counsel in this civil rights action.

    On August 11, 2023, counsel for Defendants California Department of Corrections and Rehabilitation ("CDCR"), D. Doser and N. Salazar filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 10.) The stipulation is signed and dated by counsel for Plaintiff David Enriquez, and counsel for Defendants CDCR, Doser and Salazar, and indicates that each party shall bear its own costs and fees. (*Id*.)

//

//

//

//

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **August 15, 2023**                              /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE